UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IAN CHRISTOPHERSON,<br><br>Petitioner,<br>v.<br><br>UNITED STATES PAROLE AND PROBATION, et al.,<br><br>Respondents. | Case No. 2:18-cv-01061-RFB-GWF<br><br>ORDER |

Ian Christopherson has filed what he styled a habeas corpus petition pursuant to 28 U.S.C. § 2241 (ECF No. 1). However, he seeks to challenge the judgment of conviction in federal case no. 2:09-cr-00056-MMD-VCF. In order to challenge a federal criminal conviction, Christopherson must file a § 2255 motion to vacate, set aside or correct that sentence. A § 2255 motion is to be filed in the underlying federal criminal case itself. Christopherson apparently is aware that the proper course is a § 2255 motion, because he has pursued such relief in the underlying federal criminal case. Accordingly, this action shall be dismissed for failure to state a claim for which relief may be granted.

1 | **IT IS THEREFORE ORDERED** that Christopherson's petition (ECF No. 1) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: July 31, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE